RECEIVED
AUG 24 2020
PRO SE OFFICE

I wanted to know what else you need for my case 19cv10728(KMK). I got pictures of when I was cut!! You need to make or write Inquiries statements!! Ever since I been cut!! I been in & out the Box!! Staying afraid to go to population!! I be nervous around crowds of people & any movements!!

Where is the case at?

Thank you!

Darrell Jenkins
18A0025
B-9-8 cell
South Port CF
Box 2000
Pinecity, ny
14871-2000

