UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DARELL NAUTIGUE JENKINS,

                   Plaintiff,

     -Against-

OFFICER S. (DOWNSTATE),

                  Defendant.
---------------------------------------------------------------x

19 Civ. 10728 (KMK)

[~~PROPOSED~~] ORDER
AUTHORIZING
THE DEPOSITION OF
INCARCERATED PLAINTIFF

     Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Darell Nautigue Jenkins, DIN No. 18-A-0025, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

     Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated:

                                                    SO ORDERED.

                                                    _____
                                                    Hon. Kenneth M. Karas
                                                    United States District Judge
                                                           4/29/22