**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DARELL NAUTIGUE JENKINS,

                Plaintiff,

-against-    19 **CIVIL** 10728 (KMK)

**JUDGMENT**

OFFICER STOKEOKE (S), ET. AL.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated September 30, 2024, judgment is entered for Defendants, and the case is closed.

**Dated:**  New York, New York

      September 30, 2024

                                            DANIEL ORTIZ
                                            Acting Clerk of Court

                          **BY:**

                                            **Deputy Clerk**